Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant,  PRAVEEN SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PRAVEEN SINGH<br><br>                    Defendant. | No.  1:15-CR-00045- LJO/SKO<br><br>**STIPULATATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |

## STIPULATION

It is hereby stipulated by and between the United States and Praveen Singh, by and through their respective attorneys of record that the Order of Release dated July 29, 2015, signed by Gary S. Austin, United States Magistrate Judge be modified to extend by thirty days, the time in which the defendant is to post the property bond with all other conditions not in conflict to remain in full force and effect.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (g) of the July 29, 2015 Order be modified to read as follows:

   (g) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $ 100,000 property bond to be secured by equity in property owned by the defendant; the property bond shall be posted by the close of the business day on September 17, 2015.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

Good cause exists for this modification because additional time is needed to obtain a pay off demand from a lien holder on the property which is being posted. Until the demand is received, it is impossible to confirm the equity in the property. An escrow has been opened with a title company for the sole purpose of requesting the pay off demand.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | FLETCHER & FOGDERUDE, INC. |
| Dated: August 18, 2015 | /s/ Eric K. Fogderude |
|  | Eric K. Fogderude, |
|  | Attorney for Defendant, PRAVEEN SINGH |
|  |  |
|  | BENJAMIN B. WAGNER |
|  | UNITED STATES ATTORNEY |
| Date: August 18 2015 | /s/ Mark E. Cullers |
|  | Mark E. Cullers |
|  | Assistant United States Attorney |

///

///

///

///

///

///

///

///

2

## ORDER

IT IS SO ORDERED that the release Order dated July 29, 2015 be modified as to Additional Conditions of Release item (7)(g) to read as follows:

(g) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $ 100,000 property bond to be secured by equity in property owned by the defendant; the property bond shall be posted by the close of the business day on September 17, 2015.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

IT IS SO ORDERED.

Dated: **August 20, 2015**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE