Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant,  PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:15-CR-00045- LJO/SKO |
| Plaintiff, | **STIPULATATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |
| v. | |
| PRAVEEN SINGH | |
| Defendant. | |

STIPULATION

It is hereby stipulated by and between the United States and Praveen Singh, by and through their respective attorneys of record that the Order of Release dated July 29, 2015, signed by Gary S. Austin, United States Magistrate Judge be modified to extend until October 16, 2015, the time in which the defendant is to post the property bond with all other conditions not in conflict to remain in full force and effect.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (g) of the July 29, 2015 Order be modified to read as follows:

(g)  executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $ 100,000 property bond to be secured by equity in property acceptable to the government, the property bond shall be posted by the close of the business day on October 16, 2015.

1

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

Good cause exists for this modification because additional time is needed because the first two properties on which bond was to be posted, were not acceptable to the government, so a third property has now been offered for purpose of posting the bond and it is believed that the appraisal, title report, note and deed of trust can be prepared, recorded and tendered to the government on or before October 16, 2015.

IT IS SO STIPULATED.

Dated: September 22, 2015

FLETCHER & FOGDERUDE, INC.

/s/ Eric K. Fogderude
_____
Eric K. Fogderude,
Attorney for Defendant, PRAVEEN SINGH

Date: September 22, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Mark E. Cullers
_____
Mark E. Cullers
Assistant United States Attorney

///
///
///
///
///
///
///

2

## ORDER

IT IS SO ORDERED that the release Order dated July 29, 2015 be modified as to Additional Conditions of Release item (7)(g) to read as follows:

(g) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $ 100,000 property bond to be secured by equity in property acceptable to the government; the property bond shall be posted by the close of the business day on October 16, 2015.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

IT IS SO ORDERED.

Dated:   **September 22, 2015**

UNITED STATES MAGISTRATE JUDGE