Eric K. Fogderude # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA 93704
Telephone: 559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant, PRAVEEN SINGH

FILED

NOV 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00045- LJO/SKO (002) |
|---|---|
| Plaintiff, | **APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECONVEY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO** |
| v. | |
| PRAVEEN SINGH | |
| Defendant. | |

Defendant, PRAVEEN SINGH, by and through his attorney, Eric K Fogderude, hereby requests that this court order the exoneration of the Deed of Trust with Assignment of Rents currently on file with the Stanislaus County Recorder as Document No. 2015-0082715-00. Further, the Defendant requests the court order the same property described above have title reconveyed to the Trustor.

On June 26, 2015, the defendant was released on conditions which included the posting of a secured bond of $ 100,000, secured by real property. Document Number 29. On November 17, 2015, the collateral was received by the Court as to PRAVEEN SINGH, by way of an original Deed of Trust posted by Kumar's Investment, LLC, by Bijay Kumar, Document Number 2015-0082715-00, Document Number 93.

Application to Exonerate Deed of Trust With Assignment of
Rents and Reconvey Title of Real Property and Proposed
Order

1

1  On October 27, 2016, the Court approved the stipulation to substitute an unsecured bond

2  and ordered that once the new unsecured bond was in place, the Court will exonerate the prior

3  secured property bond, with all other terms and conditions of Release to remain in effect.

4  Document Number 145.

5  On November 15, 2016, the new unsecured bond was in place.  Document Number 147.

6  Therefore, Defendant PRAVEEN SINGH, by and through his attorney, hereby requests

7  that the Deed of Trust with Document Number 2015-0082715-00 now on file with the Stanislaus

8  County Recorder, be exonerated and title to the real property described therein be reconveyed to

9  Kumar's Investment, LLC.

10  Dated: November 15, 2016                         FLETCHER & FOGDERUDE, INC.

11                                                                    /s/ Eric K. Fogderude

12                                                                    Eric K. Fogderude,
                                                                       Attorney for Defendant, PRAVEEN SINGH
13

14
                                                      ORDER
15
        IT IS HEREBY ORDERED THAT  the Deed of Trust with Assignment of Rents recorded
16
    with the Stanislaus County Recorder as Document No. 2015-0082715-00  (Doc. 93) be
17
    EXONERATED and that Title to the Property be RECONVEYED to the Trustor.
18

19  Dated: _____          _____

20                                                                    BARBARA MCAULIFFE
                                                                       United States Magistrate Judge
21                                                                    Eastern District of California

22

23

24

25

26

27

28