UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRAVEEN SINGH,<br><br>    Defendant. | No. 1:15-CR-0045-JLT<br><br>ORDER DENYING MOTION TO EXTEND THE SELF-SURRENDER DATE<br><br>(Doc. 359) |

A month ago, according to the hospital social worker, Mr. Singh's brother was admitted to the hospital due to being "medically compromised." (Doc. 359-1) His condition is quite serious, and the social worker indicates he is in "critical condition." *Id*. The social worker indicates "there is concern for his long-term stability." *Id*. On this basis, Mr. Singh asks to be able to delay his report to prison for 30 days so that he can continue his daily visits with his brother. (Doc. 359)

The government opposes the extension and notes that this case has dragged on for a decade and needs to finish. (Doc. 360 at 1) Also, the government reports that it agreed not to seek remand at the time of sentencing in exchange for his promising not to seek an extension of time to surrender over that which the Court ordered. *Id.* The government reports also that Mr. Singh has attempted to "manufacture a reason to extend his self-surrender date" through other means described in the opposition. *Id*. at 1-2. Finally, the government notes that Mr. Singh is not

providing care to his brother but simply wishes to visit his brother. *Id*. The government observes that very often people in prison miss family moments due to their incarceration. *Id*.

The Court is sympathetic to the stress and worry caused by having a sick family member and to the desire to be present at the sickbed. However, the information provided by Mr. Singh is insufficient. The social worker is not able to provide any evidence of prognosis and the statement that she does provide about his "long-term stability" is cryptic. The Court has no information as to the patient's level of awareness, whether he is expected to recover or what, in fact, is the anticipation of his medical staff. The Court has no understanding as to the expectation as to the brother's condition in a month when Mr. Singh indicates he will report to prison.

The Court agrees with the government that this case has taken far too long to resolve, and this was due primarily by the defendants. More important, the Court granted the defendants' request to allow Mr. Singh's wife to report to prison after he completes his confinement to allow their child to have care by a parent. Thus, any delay in Mr. Singh's report date delays Ms. Karan's report date or will force the child into foster care.[1] Based upon the facts of this case and as sorrowful as it is for Mr. Singh to be unable to continue to visit his brother now, unfortunately, his desire to visit his brother is simply insufficient to justify his request. Consequently, the motion is **DENIED**, and Mr. Singh **SHALL** report for service of his sentence no later than June 30, 2025.

IT IS SO ORDERED.

Dated:    **June 24, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] The parents asserted that there was no family member willing or able to care for the child if they were to go to prison at the same time.