ANTHONY P. CAPOZZI, SBN: 68525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendants,
JYOTESHNA KARAN and PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JYOTESHNA KARAN and PRAVEEN SINGH<br>Defendants. | CASE NO.: 1:15-CR-00045-JLT-BAM<br><br>**STIPULATION TO CONTINUE PREVIOUSLY SET DATES REGARDING THE REMOVAL OF LIS PENDENS; ORDER** |

Defendants, JYOTESHNA KARAN and PRAVEEN SINGH, by and through their attorney of record, Anthony P. Capozzi, and Plaintiff, United States of America, by and through its attorney of record, Robin Tubesing, hereby stipulate to continue the previously set schedule of government oppositions to be filed September 18, 2026, Defendants' replies to be filed September 25, 2026, and the hearing is set for October 5, 2026.

Due to the unavailability of defense counsel, both parties have stipulated to the following schedule:

| | |
|---|---|
| Government Oppositions: | September 25, 2026 |
| Defendant's Reply: | October 5, 2026 |
| Hearing Date: | October 19, 2026 |

It is respectfully requested that the proposed schedule herein be considered and granted.

DATED: September 16, 2026

*/s/ Anthony P. Capozzi.*
ANTHONY P. CAPOZZI, Attorney for PRAVEEN SINGH

DATED: September 16, 2026

*/s/ Robin Tubesing.*
ROBIN TUBESING, Attorney for UNITED STATES OF AMERICA

**ORDER**

IT IS HEREBY ORDERED that upon consideration of the parties' Stipulation to Continue, and good cause appearing therefore, the parties' stipulation is GRANTED.

IT IS FURTHER ORDERED that the following briefing schedule and hearing date are continued as follows:

| | |
|---|---|
| Government's Opposition | September 25, 2026 |
| Defendant's Reply | October 5, 2026 |
| Hearing | October 19, 2026 |

IT IS SO ORDERED.

Dated: September 16, 2026

UNITED STATES DISTRICT JUDGE